FILED
MAY - 9 2011
CLERK
U.S. BANKRUPTCY
By_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Ronald Barker
CASE NUMBER: 01 1120 DMD

PLEASE CHECK ONE:

__✓__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| De Lage Financial | 19 | 15,149.13 |

RECEIPT 21781
FEE AM 15,149.13 IN:

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$_____
                              TOTAL: $ 15,149.13

DATE: 5/6/11

TRUSTEE

FORM B10 (Official Form 10) (4/98)

| United States Bankruptcy Court District of Alaska (Anchorage) | PROOF OF CLAIM |
|---|---|

| In re: RONALD H. BARKER | Case Number-01-01120 (Chapter 11) |
|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>(The person or other entity to whom the debtor owes money or property)<br>De Lage Landen Financial Services | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | **FILED**<br>JAN 2 0 2004<br>CLERK<br>U.S. BANKRUPTCY COURT<br>By _____<br>~~DEPUTY CLERK~~ |
|---|---|---|
| Name and Address Where Notices Should be Sent:<br>Flamm, Boroff & Bacine, PC<br>925 Harvest Drive, Suite 220<br>Blue Bell, PA 19422 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. | |
| Telephone Number: 215-239-6072 | ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>24272144 | Check here ☐ Replaces<br>if this claim ☐ Amends a previously filed claim dated: _____ | |

**1. Basis for Claim**

☐ Goods sold
☐ Services performed
☐ Money Loaned
☐ Personal Injury/Wrongful Death
☐ Taxes
■ Other: Lease

☐ Retiree benefits as defined in 11 U.S.C. § 114(a)
☐ Wages, salaries, and compensation (Fill out below)

Your social security number _____
Unpaid compensation for services performed
from _____ to _____
     (date)      (date)

| 2. Date Debt was incurred: 09/23/98 | 3. If Court Judgment, date obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $66,740.94

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principle amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim:**

☐ Check this box if your claim is secured by collateral (including a Right to setoff)

Brief description of collateral:

☐ Real Estate ☐ Motor Vehicle

☐ Other: _____

Value of Collateral:

Amount of arrearages and other charges at time case filed included Secured claim, if any:

**6. Unsecured Priority Claim**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, which ever is earlier – 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (A)(4)
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C. § 507 (a)(6)
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(7)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) (_____)

*Amounts are subject to adjustment on 4/1/02 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. LEASE

**8. Supporting Documents**: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy**: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

SCANNED

19

| Date:<br>1/16/04 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of the power of attorney, if any).<br><br>_[signature]_<br>William B. Callahan, Attorney for De Lage Landen Financial Services | |
|---|---|---|

165412 v1

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. Secs. 152 and 3571.